UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>THE SUPERIOR COURT, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01163-BAM<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA<br><br>(ECF No. 1) |

Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In his complaint, plaintiff alleges violations of his rights by defendants. The alleged violations took place in San Francisco County, which is part of the United States District Court for the Northern District of California. Therefore, the complaint should have been filed in the United States District Court for the Northern District of California.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the United States District Court for the Northern District of California. This court will not rule on plaintiff's request to proceed in forma pauperis.

///

///

1

1. Good cause appearing, IT IS HEREBY ORDERED that:

    1. This action is transferred to the United States District Court for the Northern District of California; and

    2. This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __August 2, 2013__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE